Pete MERRITT, Appellant, v. STATE of
Texas, Appellee.

No. 22656.

Court of Criminal Appeals of Texas.

Nov. 24, 1943.

John L. Fowler, of Odessa, for appellant.

Spurgeon E. Bell, State's Atty., of Austin, for the State.

GRAVES, Judge.

Appellant was convicted of assault with intent to murder with malice, and his punishment was assessed at six years' confinement in the penitentiary.

Since the filing of the record in this court, the appellant has presented a written motion, duly verified, stating that he no longer desires to prosecute the appeal and requesting that the same be dismissed. The motion is granted and the appeal is ordered dismissed.

Adolph WESLEY, Appellant, v. STATE of
Texas, Appellee.

No. 22721.

Court of Criminal Appeals of Texas.

Dec. 1, 1943.

H. R. Bishop, of Fort Worth, for appellant.

Spurgeon E. Bell, State's Atty., of Austin, for the State.

BEAUCHAMP, Judge.

Appellant has filed an affidavit in accordance with the statute, with the request for permission to withdraw the appeal, which is accordingly done.

The appeal is dismissed.